NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM R. JOHNSON,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Appellant,⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀⠀Case No. 2D18-2451
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
STATE OF FLORIDA,⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀Appellee.⠀⠀⠀⠀⠀⠀⠀)
_____)

Opinion filed December 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Mark D. Kiser,
Judge.

William R. Johnson, pro se.

PER CURIAM.

⠀⠀⠀⠀⠀⠀Affirmed.  See Comer v. Moore, 817 So. 2d 784 (Fla. 2002); Benedetto v.

State, 957 So. 2d 109 (Fla. 4th DCA 2007); Cookshot v. State, 846 So. 2d 604 (Fla. 4th

DCA 2003); Sanchez v. State, 765 So. 2d 246 (Fla. 3d DCA 2000); Tiger v. State, 764

So. 2d 824 (Fla. 4th DCA 2000).

NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.